AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

In the Matter of the Search of  )
AN IPHONE WITH A SILVER BACK PLATE,  )
CURRENTLY LOCATED AT THE FOREST  )   Case No.  3:19-SW-0020 DMC
SERVICE EVIDENCE LOCKER IN REDDING,  )
CALIFORNIA  )
  )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern    District of     California
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A-3, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before     11/13/2019     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/30/19  9:10 a.m.          _____
                                                                      *Judge's signature*

City and state:      Redding, California              Dennis M. Cota, U.S. Magistrate Judge
                                                                      *Printed name and title*

## ATTACHMENT A-3

*Device to be Searched*

AN IPHONE WITH A SILVER BACK PLATE, LOCATED AT THE FOREST SERVICE EVIDENCE LOCKER IN REDDING, CALIFORNIA.

This warrant authorizes the forensic examination of this Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1. All records on Devices 1-6 described in Attachments A1-A6 that relate to violations of 21 U.S.C. §§ 841(a)(1) and 846 and 18 USC 1361, involving KEVIN HUMBERTO QUIJADA COLOCHO (Device 2), CORNELIO MORALES RODRIGUEZ (Device 4), DAMIAN ISAAC RIOS FABER (Device 3), and unidentified co-conspirators (Devices 1, 5, 6) during the time period beginning January 1, 2019 thru August 19, 2019, including:

   a. Any and all names, words, telephone numbers, email addresses, time/date information, messages or electronic data in the memory of the mobile telephone or on a server and associated with the mobile telephone and described as:

      i. Incoming call history (for the period of 1/1/19 to 8/19/19);
      ii. Outgoing call history (for the period of 1/1/19 to 8/17/19);
      iii. Missed call history (for the period of 1/1/19 to 8/19/19);
      iv. Outgoing text messages (for the period of 1/1/19 to 8/17/19);
      v. Incoming text messages (for the period of 1/1/19 to 8/19/19);
      vi. Draft text messages (for the period of 1/1/19 to 8/17/19);
      vii. Telephone book (a/k/a "contacts list");
      viii. Data screen or tile identifying the telephone number associated with the mobile telephone searched;
      ix. Dates screen, file, or writing containing serial numbers or other information to identify the mobile phone searches;
      x. Voicemail (for the period of 1/1/19 to 8/19/19);
      xi. User-entered messages (e.g., to-do lists) (for the period of 1/1/19 to 8/17/19).

   b. lists of customers and related identifying information;

   c. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   d. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

   e. any information recording schedule or travel (for the period of 1/1/19 to 8/18/19);

   f. internet browsing history (for the period of 1/1/19 to 8/17/19); and

   g. photographs

   h. emails

2. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

1

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| | Return | |
|---|---|---|
| Case No.: 3:19-sw-00020 | Date and time warrant executed: 10/31/19 | Copy of warrant and inventory left with: |

Inventory made in the presence of :
Technician: Trinity County Sheriff's Office Detective Josh Ford

Inventory of the property taken and name of any person(s) seized:

This iPhone was delivered to Detective Josh Ford on October 31, 2019 for data extraction. Due to the iPhone's security features, Detective Ford was unable to access the iPhone's data using Cellebrite software. Therefore, a search of the iPhone's content was not possible.

### Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____TM_____

Subscribed, sworn to, and returned before me this date.

_____                    12.19.19
Signature of Judge                                                    Date